# EXHIBIT A



**JUAN FERNANDEZ-BARQUIN**
CLERK OF THE COURT AND COMPTROLLER
MIAMI-DADE COUNTY

Contact Us     My Account

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

◀◀ BACK TO RESULTS

**Not all search results will be displayed on-line.** For example, the following case types (Sealed, Juvenile, Adoption and Mental Health Cases) may or may not be in existence and may or may not be viewable by the public pursuant to Florida Supreme Court Mandate and the corresponding Access Security Matrix.

### HAITIAN CHURCH OF GOD VS GREAT LAKES INSURANCE SE

| | | | |
|---|---|---|---|
| **Local Case Number:** | 2023-022030-CA-01 | **Filing Date:** | 08/26/2023 |
| **State Case Number:** | 132023CA02203001GE01 | **Judicial Section:** | CA11 - Downtown Miami |
| **Consolidated Case No.:** | N/A | **Court Location:** | 73 West Flagler Street, Miami FL 33130 |
| **Case Status:** | OPEN | **Case Type:** | Insurance Claim |

**Related Cases** — Total Of Related Cases: 0

**Parties** — Total Of Parties: 2

**Hearing Details** — Total Of Hearings: 0

**Dockets** — Total Of Dockets: 19

⮕ EXPORT TO CSV

| DIN | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 19 | 11/13/2023 | | Notice: | Event | **OF SERVICE OF DISCOVERY RESPONSES** |
| 18 | 11/01/2023 | | Answer and Affirmative Defense | Event | Parties: Great Lakes Insurance SE |
| 17 | 10/30/2023 | | Order Setting CM Deadline | Event | |
| 16 | 10/24/2023 | | Order Extending Time for | Event | |
| 15 | 10/23/2023 | | Motion for Extension of Time | Event | Parties: Great Lakes Insurance SE |
| 14 | 10/17/2023 | | Motion for Extension of Time | Event | Parties: Great Lakes Insurance SE |
| 13 | 09/28/2023 | | Order Extending Time for | Event | |
| 12 | 09/26/2023 | | Motion for Extension of Time | Event | Parties: Great Lakes Insurance SE |
| 11 | 09/07/2023 | | Notice of Filing: | Event | **RETURN OF SERVICE** |

| DIN | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
|  | 08/29/2023 |  | 20 Day Summons Issued | Service |  |
| 10 | 08/29/2023 |  | ESummons 20 Day Issued | Event | **RE: INDEX # 6.** Parties: Great Lakes Insurance SE |
| 9 | 08/29/2023 |  | Receipt: | Event | **RECEIPT#:3200200 AMT PAID:$10.00 NAME:MAY HUSTEY GOLD LITIGATION 220 SW 16 ST. DANIA BEACH FL 33004 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:EFILINGS TENDER AMT:$10.00 RECEIPT DATE:08/29/2023 REGISTER#:320 CASHIER:EFILINGUSER** |
| 8 | 08/29/2023 |  | Receipt: | Event | **RECEIPT#:3200095 AMT PAID:$401.00 NAME:MAY HUSTEY GOLD LITIGATION 220 SW 16 ST. DANIA BEACH FL 33004 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:EFILINGS TENDER AMT:$401.00 RECEIPT DATE:08/29/2023 REGISTER#:320 CASHIER:EFILINGUSER** |
| 6 | 08/28/2023 |  | (M) 20 Day (C) Summons (Sub) Received | Event |  |
| 5 | 08/26/2023 |  | Request: | Event |  |
| 4 | 08/26/2023 |  | Notice of Interrogatory | Event |  |
| 3 | 08/26/2023 |  | Request for Production | Event |  |
| 2 | 08/26/2023 |  | Complaint | Event |  |
| 1 | 08/26/2023 |  | Civil Cover Sheet - Claim Amount | Event |  |

◀◀ BACK TO RESULTS

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services. You can review the complete Miami-Dade County Disclaimer.

**General**

Online Case Home   Civil / Family Courts Information   Login

**Help and Support**

Clerk's Home   Privacy Statement   ADA Notice   Disclaimer

Contact Us   About Us



Juan Fernandez-Barquin
Clerk of the Court and Comptroller
Miami-Dade County

73 W. Flagler Street
Miami, Florida 33130

305-275-1155

©2023 Clerk of the Courts. All rights reserved.



