UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 23-24436-CIV-MORENO

HAITIAN CHURCH OF GOD,

    Plaintiff,

vs.

GREAT LAKES INSURANCE SE,

    Defendant.

_____/

## MEDIATOR'S REPORT

The above captioned case was mediated on July 15, 2024. Bishop Sesir appeared for Plaintiff along with its attorney May Hustey. Bogdan Tomuta appeared for Defendant along with its attorney Kirstin Grice.

Mediation resulted in a SETTLEMENT AS TO ALL ISSUES.

/s/ Eric S. Kleinman
**Eric S. Kleinman**
K&A Mediation
Florida Bar No. 964158
Mediator No. 17650RA
*Florida Supreme Court Certified Circuit Court & Appellate Mediator*
*U.S.D.C., Southern/Middle District of Florida Certified Mediator*

2525 Ponce De Leon Boulevard, #300
Coral Gables, Florida 33134
Telephone: (305) 377-2728
Email: eric@kamediation.com
www.kamediation.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was eserved to the following this 15th day of July 2024:

All Counsel of Record

/s/ Eric S. Kleinman